ESTHER LOPEZ et al., Appellants, v. TRIBORO COACH CORPORATION et al., Respondents.— Appeal by plaintiffs from so much of an order of the Supreme Court, Queens County, dated April 5, 1967, as, on reargument, adhered to the original decision denying their motion for leave to serve an amended bill of particulars. Order reversed insofar as appealed from, on the law and the facts, with $10 costs and disbursements, and plaintiffs are granted leave to serve the proposed supplemental bill of particulars, upon condition that the plaintiff wife submit to a further physical and neurological examination by a physician of defendants' choice at a time and place to be agreed upon by the respective attorneys for both sides or to be fixed by Special Term. The supplemental bill of particulars may be served within 20 days after entry of the order hereon. Under the circumstances disclosed by the papers presented, it is our opinion that a further medical examination will dispel any prejudice occasioned to respondents by appellants' delay in moving for leave to serve a supplemental bill of particulars. Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

OLE A. OLSEN, Appellant, v. CITY OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. MAX FRANKE et al., Third-Party Defendants-Respondents; JAMES SCOTTI, Doing Business as JOHN SCOTTI & SONS, INC., Fourth-and Fifth-Party Defendant-Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Kings County, dated February 14, 1967, which set aside a jury verdict in his favor on the issue of liability, as against the weight of the credible evidence, and ordered a new trial. Order affirmed, without costs (cf. *General Exch. Ins. Corp.* v. *New York City Tr. Auth.*, 20 Misc 2d 2). We are of the opinion that the verdict, particularly as it imported findings in plaintiff's favor on the issues of contributory negligence and constructive notice, was clearly against the weight of the credible evidence. Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.